# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Flatley, Patrick M. | U.S. Bankruptcy Court NDWV | 08/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court NDWV
P.O. Box 70
Wheeling, WV 26003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate |
| 2. | Executor | Estate |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flatley, Patrick M. | 08/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Estate - Executor Fee | $22,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Ogelbay Institute - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flatley, Patrick M. | 08/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bethany College | College Tuition & Fees | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flatley, Patrick M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PRU Common Stock | A | Dividend | J | T | | | | | |
| 2. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 3. IRA: | A | Dividend | J | T | | | | | |
| 4. - JP Morgan Large Cap Growth Fund A | | | | | | | | | |
| 5. - JP Morgan Equity Index Fund A | | | | | | | | | |
| 6. Prudential Whole Life | A | Dividend | J | T | | | | | |
| 7. Chase Bank Accounts | A | Interest | K | T | | | | | |
| 8. Progressive Bank Accounts | A | Interest | | | Closed | 7/18/11 | K | | |
| 9. Royalty Interest, Wetzel County, WV (X) | D | Royalty | M | Q | | | | | |
| 10. WesBanco Bank NMF Beneficiary IRA CD (X) | A | Interest | K | T | | | | | |
| 11. WesBanco Bank NMF Beneficiary Securities Custodial IRA(X) | A | Int./Div. | J | T | | | | | |
| 12. - Prime Cash Trust | | | | | Buy (add'l) | 12/16/11 | J | | |
| 13. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 14. - DuPont EIDE De Nemours Stock | | | | | Sold | 12/29/11 | J | A | |
| 15. - United Bankshares Inc | | | | | Sold | 12/29/11 | J | A | |
| 16. - Verizon Communications | | | | | Sold | 12/29/11 | J | A | |
| 17. Wesbanco Bank Checking | | None | J | T | Open | 11/01/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flatley, Patrick M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wesbanco Bank Savings | A | Interest | K | T | Open | 11/01/11 | K | | |
| 19. Executor of ▢ estate assets held in aggregate estate | A | Int./Div. | N | T | | | | | |
| 20. -1/4th Mineral Interest, Wetzel County, WV | | | | | | | | | |
| 21. - U.S. Series HH Savings Bonds | | | | | Redeemed | 9/14/11 | K | | |
| 22. - WesBanco Bank Account | | | | | | | | | |
| 23. - Metlife Annuity | | | | | Redeemed | 9/14/11 | M | | |
| 24. - Bankers Life & Casualty Co Annuity | | | | | Redeemed | 9/14/11 | J | | |
| 25. - WesBanco Securities Cash Holding Account | | | | | | | | | |
| 26. - Altria Group Common Stock | | | | | Sold | 1/18/11 | J | | |
| 27. - Ameren Corp Common Stock | | | | | Sold | 1/18/11 | J | | |
| 28. - BP PLC Common Stock | | | | | Sold | 1/18/11 | J | A | |
| 29. - Coca Cola Co Common Stock | | | | | Sold | 1/18/11 | K | | |
| 30. - General Electric Common Stock | | | | | Sold | 1/18/11 | J | A | |
| 31. - Kraft Foods Common Stock | | | | | Sold | 1/18/11 | J | | |
| 32. - Medco Health Solutions Common Stock | | | | | Sold | 1/18/11 | J | | |
| 33. - Merck & Co Inc Common Stock | | | | | Sold | 1/18/11 | J | | |
| 34. - Pfizer Inc Common Stock | | | | | Sold | 1/18/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flatley, Patrick M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Philip Morris Intl Inc Common Stock | | | | | Sold | 1/18/11 | J | | |
| 36. - Texas Instruments Inc Common Stock | | | | | Sold | 1/18/11 | J | A | |
| 37. - Blackrock ENH Cap & Inc Common Stock | | | | | Sold | 1/18/11 | J | | |
| 38. - Blackrock Credit All Inc Tr Inc Common Stock | | | | | Sold | 1/18/11 | J | | |
| 39. - Blackrock Global Allocation Cl C Mutual Fund | | | | | Sold | 1/18/11 | K | A | |
| 40. - Blackrock Invt Quality Mun Tr Common Stock | | | | | Sold | 1/18/11 | K | | |
| 41. - Blackrock Muni Inter Dr Fund Inc Common Stock | | | | | Sold | 1/18/11 | K | | |
| 42. - MFS Muni Series Trust WV Muni 'A' Mutual Fund | | | | | Sold | 1/18/11 | M | | |
| 43. - Nuveen Muni Trust Int Dr 'A' Mutual Fund | | | | | Buy (add'l) | 1/1/11 | J | | |
| 44. | | | | | Buy (add'l) | 2/1/11 | J | | |
| 45. | | | | | Sold (part) | 1/18/11 | N | | |
| 46. | | | | | Sold | 8/10/11 | J | A | |
| 47. - Putnam Invs FD Inc Cl 'A' Mutual Fund | | | | | Sold | 1/18/11 | L | B | |
| 48. - Putnam Mun Opportunities Trust Common Stock | | | | | Sold | 1/18/11 | J | | |
| 49. - MerrillLynch (Formerly Blackrock )BIF Tax Ex Money Mkt Fd | | | | | Sold (part) | 8/21/11 | K | | |
| 50. - Altria Group Inc Common Stock | | | | | Sold | 1/7/11 | J | | |
| 51. - First WV Bancorp Inc Common Stock | | | | | Sold (part) | 1/1/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flatley, Patrick M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 1/1/11 | J | A | |
| 53. | | | | | Sold (part) | 1/7/11 | J | | |
| 54. | | | | | Sold | 3/31/11 | J | A | |
| 55. - Kraft Foods Inc Common Stock | | | | | Sold | 1/7/11 | J | | |
| 56. - Pace Oil & Gas LTD Common Stock | | | | | Sold | 1/7/11 | J | A | |
| 57. - Pfizer Inc Common Stock | | | | | Sold | 1/7/11 | J | A | |
| 58. - Philip Morris Intl Inc Common Stock | | | | | Sold | 1/7/11 | K | | |
| 59. - Provident Energy LTD New Common Stock | | | | | Sold | 1/7/11 | J | | |
| 60. - FerrellGas Partners LP Unit LTD Ptr Common Stock | | | | | Sold | 1/7/11 | J | | |
| 61. - American Electric Power Inc Common Stock | | | | | Sold | 1/7/11 | K | | |
| 62. - Axcelis Technologies Inc Common Stock | | | | | Sold | 1/7/11 | J | | |
| 63. - BP PLC Inc Common Stock | | | | | Sold | 3/28/11 | J | | |
| 64. - DTE Energy Co Common Stock | | | | | Sold | 1/7/11 | J | | |
| 65. - Duke Energy Corp New Common Stock | | | | | Sold | 1/7/11 | K | | |
| 66. - Eaton Corp Common Stock | | | | | Sold | 1/7/11 | L | A | |
| 67. - First WV Bancorp Inc Common Stock | | | | | Sold (part) | 1/7/11 | J | | |
| 68. | | | | | Sold (part) | 1/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flatley, Patrick M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 1/12/11 | J | | |
| 70. | | | | | Sold (part) | 1/14/11 | J | | |
| 71. | | | | | Sold | 1/15/11 | K | | |
| 72. - General Electric Co Common Stock | | | | | Sold | 1/7/11 | K | B | |
| 73. - Spectra Energy Corp Common Stock | | | | | Sold | 3/25/11 | K | B | |
| 74. - MetLife Inc Common Stock | | | | | Sold | 3/28/11 | J | A | |
| 75. - United BankShares Inc WV Common Stock | | | | | Sold | 1/7/11 | L | C | |
| 76. - Huntington Bank CDs | | | | | | | | | |
| 77. - Progressive Bank CDs | | | | | | | | | |
| 78. - United Bank CDs | | | | | | | | | |
| 79. - WesBanco CDs | | | | | | | | | |
| 80. Executor of ▢ Estate assets held in aggregate estate (X) | A | Int./Div. | M | T | | | | | |
| 81. - MFS Series Trust I Value FD | | | | | Buy (add'l) | 12/9/11 | J | | |
| 82. | | | | | Sold | 12/29/11 | K | | |
| 83. - Wells Fargo FSD Money Market | | | | | Sold | 12/29/11 | J | | |
| 84. - Bristol Myers Squibb Common Stock | | | | | Sold | 12/29/11 | J | B | |
| 85. - WesBanco, Inc Common Stock | | | | | Sold | 12/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flatley, Patrick M. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Mesirow Fin Prime Cash Tst | | | | | Redeemed | 12/29/11 | K | | |
| 87. - United Bank Savings Acct | | | | | Closed | 12/29/11 | K | | |
| 88. - United Bank Checking Acct | | | | | | | | | |
| 89. - United Bank CD | | | | | | | | | |
| 90. - WesBanco Bank CD | | | | | | | | | |
| 91. - WesBanco Checking | | | | | | | | | |
| 92. - WesBanco Securities Cash Holding Acct | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Page 1 Line 9 - Inherited royalty interest from ▭ Estate in 2011. Date of appraised value 12/16/2010.

Part VII Page 1 Line 10 & 11 - Beneficiary interest in IRAs from ▭ Estate upon date of death in 2011.

Part VII Page 8 Line 80 - Appointed Executor of ▭ Estate effective 11/12/11. Reportable assets held by the ▭ Estate are listed here separately via Aggregate Ownership Arrangement reporting.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick M. Flatley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544